UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MARTINEZ, | No. 1:20-cv-00583-NONE-HBK |
| Plaintiff, | VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i) |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ORDER TO CLERK TO ASSIGN TO DISTRICT JUDGE |
| Defendant. | (Doc. No. 6) |

On November 3, 2020, Plaintiff filed a Notice of Voluntary Dismissal citing Fed. R. Civ. P. 41(a)(1)(A)(i) advising the court that Plaintiff is dismissing this case with prejudice and each party will bear their own respective fees and costs. (Doc. No. 6). Defendant has not answered or moved for summary judgment.

Accordingly:

The Clerk of Court shall enter a dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), terminate all pending motions, assign this case to a district judge and close this case.

1

IT IS SO ORDERED.

Dated:     March 2, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE